United States District Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRANDON MARSH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00263 |
| | § | |
| NUECES COUNTY JAIL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION
## TO DISMISS CASE FOR FAILURE TO PROSECUTE

Plaintiff Brandon Marsh, appearing *pro se* and *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. By Order entered on November 16, 2022, the undersigned directed Marsh to file a more definite statement within (30) days. (D.E. 8). Marsh was "cautioned that his complaint is currently deficient and failure to comply with [the November 16, 2022 Order] will result in the dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure." (*Id.* at 4).

When Marsh failed to submit a more definite statement, the undersigned issued an Order on December 22, 2022, directing Marsh to show cause within twenty days why this action should not be dismissed for want of prosecution. (D.E. 12). The undersigned warned Marsh that, should he fail to comply with the December 22, 2022 Show Cause

Order, "this matter will be referred to the District Court with a recommendation to dismiss Marsh's cause of action." (*Id.* at 1).

To date, Marsh has not responded to the December 22, 2022 Show Cause Order. A district court has authority to dismiss a case for want of prosecution or for failure to comply with a court order. Fed. R. Civ. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997). Dismissal, therefore, is warranted under these circumstances.

Accordingly, the undersigned respectfully recommends that Marsh's action be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b).

Respectfully submitted on January 25, 2023.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).